(October 4, 1912.)

STATE, Respondent, v. W. F. BURGY, Appellant.

[126 Pac. 780.]

APPEAL—SERVICE OF TRANSCRIPT.

(Syllabus by the court.)

    1. Under the statutes of the state, the attorney general of the state is the attorney for the state on an appeal in a criminal case, and the state is the adverse party, and the brief and transcript on such appeal must be served upon the attorney general as required by the statutes and the rules of this court, and upon failure to make such service the appeal will be dismissed.

APPEAL from the District Court of the Fourth Judicial District for Twin Falls County. Hon. C. O. Stockslager, Judge.

An appeal from a judgment of conviction for unlawful sale of intoxicating liquor. Appeal dismissed on motion.

Guthrie & Larsen, for Appellant.

D. C. McDougall, Attorney General, O. M. Van Duyn and J. H. Peterson, Assistants to the Attorney General, for Respondent.

STEWART, C. J.—The same motion was filed in the above-entitled case and presents the same questions involved in the case just decided against the same appellant, and the same ruling is made in this case as in that, and the motion to dismiss the appeal is sustained.

Ailshie and Sullivan, JJ., concur.